■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN TORRES, Appellant. [637 NYS2d 9] —Judgment, Supreme Court, New York County (Felice Shea, J.), rendered April 16, 1993, convicting defendant, upon his plea of guilty, of attempted robbery in the first degree, and sentencing him, as a second felony offender, to a term of $5\frac{1}{2}$ to 11 years, unanimously affirmed.

Defendant's bare claims of innocence and coercion at sentencing did not warrant further inquiry by the court into the validity of what was a very beneficial plea, given a record

devoid of any suggestion of confusion or doubt on defendant's part as to the rights being waived and other consequences of pleading guilty (*see*, *People v Billingsley*, 54 NY2d 960; *People v Williams*, 210 AD2d 168, *lv denied* 85 NY2d 867). Nor was there any abuse of sentencing discretion. Concur—Ellerin, J. P., Rubin, Nardelli, Tom and Mazzarelli, JJ.